In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by HELEN STEINBERG, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board, affirming the decision of a referee which denied benefits to claimant on the ground that she was unavailable for employment. Claimant relinquished her employment because of her pregnancy. There is evidence to sustain the finding that she herself withdrew from the labor market and was unavailable for employment. Decision affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.